UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL LANGE,<br><br>        Plaintiff,<br><br>  v.<br><br>CONNIE GIPSON,<br><br>        Defendant. | Case No. 1:13-cv-01540-DLB PC<br><br>**ORDER DISMISSING THIS ACTION FOR FAILURE TO OBEY A COURT ORDER**<br><br>(ECF No. 12) |

      Plaintiff Miguel Lange ("Plaintiff") is a prisoner in the custody of the California Department of Corrections and Rehabilitation ("CDCR"). Plaintiff is proceeding pro se in this civil action pursuant to 42 U.S.C. § 1983. Plaintiff filed his complaint on July 7, 2013 in the Northern District of California. (ECF No. 7.) The case was transferred to this Court on September 24, 2013. (ECF No. 8.) On November 19, 2013, the Court ordered Plaintiff to submit an application to proceed in forma pauperis or to pay the filing fee within forty-five days. (ECF No. 12.)

      More than forty-five days has passed and Plaintiff has not complied with or otherwise responded to the Court's order. Local Rule 110 provides that "failure of counsel or of a party to comply with these Local Rules or with any order of the Court may be grounds for the imposition by the Court of any and all sanctions . . . within the inherent power of the Court."

///

///

1

Accordingly, it is HEREBY ORDERED that:

1. This action be dismissed, without prejudice, based on Plaintiff's failure to obey a Court order; and

2. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **April 23, 2014**              /s/ *Dennis L. Beck*
                                        UNITED STATES MAGISTRATE JUDGE